UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**HAISSAM EL-AZHARI,**

    **Plaintiff,**

v.                                        Case No.  8:06-cv-2033-T-30TGW

**ATTORNEY GENERAL OF THE
UNITED STATES,  et al.,**

    **Defendants.**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal (Dkt. #14).  In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1.      This cause is dismissed.

2.      All pending motions are denied as moot.

3.      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on July 11, 2007.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2006\06-cv-2033.dismissal 14.wpd